HENRY KINUM, Respondent, *v.* EDWARD L. RELF et al., Appellants.

*Kinum* v. *Relf*, 138 App. Div. 931, affirmed.
(Argued December 13, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1910, affirming a judgment in favor of

plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Robert J. Landon* for appellants.

*William Dewey Loucks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.